**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | 26 Capital Acquisition Corp. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 85-2695910 |
| **4.** | **Debtor's address** | **Principal place of business**<br>701 Brickell Avenue<br>Suite 1550<br>Miami, FL 33131<br>Number, Street, City, State & ZIP Code<br><br>Miami-Dade<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor 26 Capital Acquisition Corp. Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor 26 Capital Acquisition Corp. Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor 26 Capital Acquisition Corp. Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2025
MM / DD / YYYY

**X** *Jason Ader*
Signature of authorized representative of debtor

Jason Ader
Printed name

Title Sole Director

**18. Signature of attorney**

**X** /s/ Kevin Mann
Signature of attorney for debtor

Date July 11, 2025
MM / DD / YYYY

Kevin Mann
Printed name

Cross & Simon, LLC
Firm name

1105 North Market Street, Suite 901, Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone 302-777-4200 Email address Kmann@crosslaw.com

4576 - Delaware
Bar number and State

**WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF**
**26 CAPITAL ACQUISITION CORP.**

July 10, 2025

The undersigned, being the sole member of the Board of Directors (the "Director") of 26 Capital Acquisition Corp., a Delaware corporation ("26 Capital"), in lieu of holding a meeting of the Board of Directors, hereby takes the following actions and adopts the following resolutions by unanimous written consent pursuant to the bylaws of 26 Capital and the laws of the state of Delaware:

> **WHEREAS,** after due consideration, the Director believes it is desirable and in the best interest of 26 Capital, and in the best interests of its creditors, equity holders, and other interested parties, that a voluntary petition be filed by 26 Capital seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Chapter 11 Case") 11 U.S.C. §§101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Director shall determine, and it is further
>
> **RESOLVED,** that the Director is authorized, on behalf of and in the name of 26 Capital, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in the Chapter 11 Case; and it is further
>
> **RESOLVED,** that the Director be authorized, on behalf of and in the name of the 26 Capital, to retain the law firm of Nixon Peabody LLP as bankruptcy counsel to the Debtor; and it is further
>
> **RESOLVED,** that the Director be authorized, on behalf of and in the name of 26 Capital, to retain the law firm of Cross & Simon, LLC as local Delaware bankruptcy counsel to the Debtor; and it is further
>
> **RESOLVED,** that the Director, on behalf of the Debtor, be authorized and empowered to retain and employ any other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist the Debtor in the Chapter 11 Case on such terms as are deemed necessary, proper or desirable; and it is further
>
> **RESOLVED,** that in the business judgment of the Board of Directors and based on recommendations from the Debtor's management and advisors, it is desirable and in the best interests of the Debtor, its equity

holders, its creditors, and other parties in interest to file a chapter 11 plan (as it may be amended, supplemented or modified, the "Plan") and that any further negotiation and documentation of the Plan are hereby, in all respects, authorized, approved and ratified and it is further

**RESOLVED,** that the Director be authorized and empowered to cause the Debtor to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute the Chapter 11 Case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED,** that any and all past actions heretofore taken by officers of 26 Capital and the Board of Directors in the name of and on behalf of 26 Capital, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, approved and adopted.

[signature page follows]

**IN WITNESS WHEREOF,** the undersigned member of the Board of Directors of 26 Capital Acquisition Corp. has executed this Written Consent as of the date first written above.

**26 CAPITAL, LLC**

By: *Jason Ader*
Name: Jason Ader
Title: Sole Director

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| 26 CAPITAL ACQUISITION CORP., | Case No. _____ (____) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, 26 Capital Acquisition Corp. (the "Debtor") certifies that it is a corporation organized under the laws of the State of Delaware and attached hereto is a list of the Debtor's equity security holders.

**DECLARATION UNDER PENALTY OF PERJURY**

I, the undersigned signatory of the Debtor, declare under penalty of perjury that I have reviewed the list of equity security holders submitted herewith and that it is true and correct to the best of my information and belief.

Dated: July 11, 2025

By: *Jason Ader*
Jason Ader
Sole Director

| Type of Interest | Name |
|---|---|
| Class B Shares | Zama Capital Master Fund, L.P. |
| Class A Shares | 26 Capital Holdings, LLC |
| Common Stock | Adar1 |
| Common Stock | Kevin Barnes |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| 26 Capital Acquisition Corp., | Case No. ____________(_____) |
| Debtor. | |

**DECLARATION UNDER PENALTY OF**
**PERJURY REGARDING CREDITOR MATRIX**

26 Capital Acquisition Corp., the above-captioned debtor (the "Debtor"), filed a petition in this Court on July 11, 2025 for relief under chapter 11 of the United States Bankruptcy Code. Contemporaneously with the filing of the petition, the Debtor filed a list of its creditors (the "Creditor Matrix"). The Creditor Matrix was submitted to the Court electronically.

I, Jason Ader, the sole Director of the Debtor, hereby declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my knowledge, information and belief.

Date: July 11, 2025

*/s/ Jason Ader*
Jason Ader
Sole Director

**CREDITOR MATRIX**

26 Capital Holdings LLC
701 Brickell Avenue, Suite 1550
Miami, Florida 33131

5W Public Relations LLC
3 Park Avenue, Floor 19
New York, NY 10016

Abrams and Bayliss
20 Montchanin Road, Suite 200
Wilmington, DE 19807

Adigeo Consulting, LLC
c/o Sean J. Bellew
Bellew LLC
2961 Centerville Road, Suite 302
Wilmington, DE 19808

AlixPartners
909 Third Avenue
New York, NY 10022

Bank of America
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

BetaNXT
55 Broadway, 8th Floor
New York, NY 10006

Broadridge
51 Mercedes Way
Edgewood, NY 11717

Calabrese
101 Park Avenue, Suite 1700
New York, NY 10178
Citrin Cooperman
50 Rockefeller Plaza
New York, NY 10020

Consortra Translations
25 West 39th Street, 14th Floor
New York, NY 10018

CSC Global
251 Little Falls Drive
Wilmington, DE 19808

D.F. Kings
48 Wall Street, 23rd Floor
New York, NY 10005

DLS Discovery
11900 Conroy Street, Suite 125
Chantilly, VA 20151

EdgarAgents
11 Broadway, Suite 632
New York, NY 10004

Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105

Equiniti
48 Wall Street, 23rd Floor
New York, NY 10005

Esquire Deposition Solutions
5900 Wilshire Blvd, Suite 2600
Los Angeles, CA 90036

FactSet
45 Glover Avenue
Norwalk, CT 06850

FASB
401 Merritt 7
PO Box 5116
Norwalk, CT 06856-5116

Greg Lyss
Greystone
499 7th Avenue, 3rd Floor
New York, NY 10018

J. Randall Waterfield
Waterfield Group
1455 East Putnam Avenue
Old Greenwich, CT 06870

Public Company Oversight Board (PCAOB)
1666 K Street NW
Washington, DC 20006

Fifth Lane Partners Fund LP
101 Federal Street, Suite 1900
Boston, MA 02110

Gorriceta Law
15/F Strata 2000
F. Ortigas Jr. Road
Ortigas Center
Pasig City 1605
Philippines

Hotel Du Pont
42 West 11th Street
Wilmington, DE 19801

ICR, LLC
685 Third Avenue, 2nd Floor
New York, NY 10017

KPMG
345 Park Avenue
New York, NY 10154

Magna
750 Tower Drive
Troy, MI 48098

Matthew Katzefl
McAndrew Vuotto LLC
2033 Wood Street, Suite 220
Sarasota, FL 34237

McCollom D'Emilio Smith Uebler LLC
2751 Centerville Road, Suite 401
Wilmington, DE 19808

Parcels
1209 Orange Street
Wilmington, DE 19801

Puynt Jacinto and Santos
PJ Law
12/F, VGP Center
6772 Ayala Avenue
Makati City 1226
Philippines

Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010

Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

Say Technologies
25 West 39th Street, 14th Floor
New York, NY 10018

Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022

The State of Delaware
Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901

Transperfect Translations
1250 Broadway, 32nd Floor
New York, NY 10001

Travel Warehouse Inc.
1234 Travel Lane, Suite 100
Los Angeles, CA 90001

Withum
506 Carnegie Center, Suite 400
Princeton, NJ 08540

Fill in this information to identify the case:

Debtor name: 26 Capital Acquisition Corp.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 Capital Holdings LLC Heyman Enerio Gattuso & Hirzel, LLP Attn: Samuel T. Hirzel 300 Delaware Avenue, Suite 200 Wilmington, DE 19801 | shirzel@hegh.law gblue@lcb-law.com | Notes | Disputed | | | $11,800,000.00 |
| 5w Public Relations LLC 3 Park Avenue, Floor 19 New York, NY 10016 | mcaiola@5wpr.com | Services Provided | Disputed | | | $88,935.00 |
| Abrams and Bayliss 20 Montchanin Road Suite 200 Wilmington, DE 19807 | bayliss@abramsbayliss.com veres@abramsbayliss.com | Services Provided | | | | $277,802.17 |
| Adigeo Consulting LLC Sean J. Bellew, Bellew LLC, 2961 Centerville Road, Suite 302 Wilmington, DE 19808 | sjbellew@bellewllc.com | Note | | | | $83,163.36 |
| AlixPartners 909 Third Avenue New York, NY 10022 | dritter@alixpartners.com | Services Provided | | | | $40,000.00 |
| Consortra Translations 25 West 39th Street 14th Floor New York, NY 10018 | info@consortra.com | Services Provided | | | | $146,141.30 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 26 Capital Acquisition Corp.
Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Delaware Department of State Corp Div 401 Federal Street, Suite 4 Dover, DE 19901 | DOSDOC_Ftax@delaware.gov | Franchise Tax | | | | $345,549.20 |
| Ellenoff Grossman & Schole LLP 1345 Avenue of the Americas 11th Floor New York, NY 10105 | ellenoff@egsllp.com mbumb@egsllp.com | Legal Fees | | | | $107,006.20 |
| Equiniti 48 Wall Street 23rd Floor New York, NY 10005 | David.Barker@equiniti.com Felix.Orihuela@equiniti.com | Trade debt | | | | $35,850.00 |
| Gorriceta Law 15/F Strata 2000 F. Ortigas Jr. Road Ortigas Center Pasig City | ahsurigao@girricetalaw.com emapaya@gorricetalaw.com | Legal Fees | | | | $559,827.25 |
| Hotel Du Pont 42 West 11th Street Wilmington, DE 19801 | bmbodji@hoteldupont.com | Trade debt | | | | $44,845.11 |
| ICR, LLC 685 Third Avenue 2nd Floor New York, NY 10017 | robert.spezzano@icrinc.com | Services Provided | | | | $41,600.00 |
| KPMG 345 Park Avenue New York, NY 10154 | us-privacy@kpmg.com | Services Provided | | | | $371,019.00 |
| Matthew Katzeff McAndrew Vuotto LLC 2033 Wood Street Suite 220 Sarasota, FL 34237 | jpv@mcandrewvuotto.com | Services Provided | | | | $259,018.27 |
| McCollom D'Emilio Smith Uebler LLC 2751 Centerville Road, Suite 401 Wilmington, DE 19808 | tuebler@mdsulaw.com | Legal Fees | | | | $76,851.96 |
| Parcels 1209 Orange Street Wilmington, DE 19801 | ckennedy@parcelsinc.com | Services Provided | | | | $99,876.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 26 Capital Acquisition Corp.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Quinn Emanual Urquhart & Sullivan, LLP 21 Madison Avenue 22nd Floor New York, NY 10010 | michaelcarlinsky@quinnemanuel.com | Legal Fees | | | | $1,875,368.03 |
| Sadis & Goldberg LLP 551 Fifth Avenue 21st Floor New York, NY 10176 | slieberman@sadis.com kreilly@sadis.com | Legal Fees | | | | $397,338.50 |
| Schulte Roth & Zabel 919 Third Avenue New York, NY 10022 | Daryoush.Behbood@srz.com JuliaBeskin@srz.com Harry.Davis@srz.com | Legal Fees | Disputed | | | $1,500,000.00 |
| SpringOwl Asset Management LLC 701 Brickell Avenue Suite 1550 Miami, FL 33132 | jader@springowl.com | Notes | | | | $2,351,692.50 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| 26 Capital Acquisition Corp., | Case No. ____________(____) |
| Debtor. | |

**DECLARATION UNDER PENALTY OF PERJURY REGARDING**
**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

I, Jason Ader, the sole Director of 26 Capital Acquisition Corp., named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief. Inclusion of any entity on the List of Creditors Holding 20 Largest Unsecured Claims does not and should not constitute: (1) a waiver of any defense; (2) an acknowledgement of the allowability of any claims; and/or (3) a waiver of any other right, remedy, defense or legal position of the Debtor.

Date: July 11, 2025

*/s/ Jason Ader*
Jason Ader
Sole Director