IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| 26 Capital Acquisition Corp., | Case No. 25-11323 (KBO) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 8, 2025 AT 1:00 P.M. (ET) BEFORE THE
HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 3
[HEARING CANCELLED]**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**ADJOURNED MATTERS:**

1. Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Approving Solicitation Procedures, (III) Approving Form of Ballots and Notices in Connection Therewith, (IV) Establishing Plan Confirmation Schedule, and (V) Granting Related Relief [Docket No. 36, Filed 8/14/25].

    Objection Deadline: September 11, 2025 at 4:00 p.m. (ET)
    (Extended to November 5, 2025 at 4:00 p.m. for the United States Trustee, 26, Capital Holdings LLC, Tiger Resorts Asia Ltd., Tiger Resort Leisure and Entertainment, Inc., UE Resorts Int., Inc., Project Tiger Merger Sub, Inc)

    Related Pleadings:

    A. Debtor's Plan of Liquidation [Docket No. 34, Filed 8/14/25]; and

    B. Disclosure Statement for Debtor's Plan of Liquidation [Docket No. 35, Filed 8/14/25];

    C. Matthew Katzeff Objection to Debtor's Disclosure Statement/Proposed Plan [Docket No. 72, Docketed 9/18/25].

      Objections/Responses:

          A. [SEALED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 61, Filed 9/11/25]; and

          B. [REDACTED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 62, Filed 9/11/25].

      Status:  The hearing on this matter has been adjourned to November 12, 2025 at 1:00 p.m.

2. Motion for Conversion of the Case From Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 41, Filed 8/22/25].

      Objection Deadline:   September 11, 2025 at 4:00 p.m. (ET)
                             (Extended to November 5, 2025 at 4:00 p.m. for the Debtor)

      Related Pleadings:   None.

      Objections/Responses:

          A. [SEALED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 61, Filed 9/11/25];

          B. [REDACTED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 62, Filed 9/11/25].

      Status:  The hearing on this matter has been adjourned to November 12, 2025 at 1:00 p.m.

3. Motion of Schulte Roth & Zabel LLP for Entry of an Order (I) Authorizing Schulte Roth & Zabel LLP to File Objection to Disclosure Statement Motion Under Seal and (II) Granting Related Relief [Docket No. 64, Filed 9/11/25].

      Objection Deadline:   September 18, 2025 at 4:00 p.m. (ET)

      Related Pleadings:   None.

      Objections/Responses:  None.

      Status:  The hearing on this matter has been adjourned to November 12, 2025 at 1:00 p.m.

Dated: October 6, 2025                     CROSS & SIMON, LLC

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

- and -

Richard C. Pedone, Esquire
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1000
rpedone@nixonpeabody.com

- and -

Christopher Fong, Esq.
NIXON PEABODY LLP
55 West 46th Street
New York, NY 10036-4120
Telephone: (212) 940-3000
cfong@nixonpeabody.com

*Counsel to the Debtor*