**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| 26 Capital Acquisition Corp., | Case No. 25-11323 (KBO) |
| Debtor. | Re: Docket No. 76 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

November 12, 2025 at 1:00 p.m. (ET)

Dated: October 7th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE