IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| 26 Capital Acquisition Corp., | Case No. 25-11323 (KBO) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 12, 2025 AT 1:00 P.M. (ET) BEFORE THE
HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 3
[HEARING CANCELLED]

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**MATTERS WITH CERTIFICATIONS:**

1. Debtor's Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 81, Filed 10/28/25].

   Objection Deadline:  November 5, 2025 at 4:00 p.m. (ET)

   Objections/Responses:  None.

   Related Pleadings:

   A. Certificate of No Objection Regarding Debtor's Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 86, Filed 11/6/25];

   Status:  A certificate of no objection has been filed.  No hearing is necessary unless the Court has any questions.

**ADJOURNED MATTERS:**

2. Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Approving Solicitation Procedures, (III) Approving Form of Ballots and Notices in Connection Therewith, (IV) Establishing Plan Confirmation Schedule, and (V) Granting Related Relief [Docket No. 36, Filed 8/14/25].

    Objection Deadline:  September 11, 2025 at 4:00 p.m. (ET)
    (Extended to December 9, 2025 at 4:00 p.m. for the United States Trustee, 26, Capital Holdings LLC, Tiger Resorts Asia Ltd., Tiger Resort Leisure and Entertainment, Inc., UE Resorts Int., Inc., Project Tiger Merger Sub, Inc)

    Objections/Responses:

    A. [SEALED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 61, Filed 9/11/25];

    B. [REDACTED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 62, Filed 9/11/25];

    C. Matthew Katzeff Objection to Debtor's Disclosure Statement/Proposed Plan [Docket No. 72, Docketed 9/18/25]; and

    D. Objection of 26 Capital Holdings LLC to Approval of the Adequacy of Disclosures in the Debtor's Plan and Disclosure Statement [Docket No. 84, Filed 11/5/25].

    Related Pleadings:

    A. Debtor's Plan of Liquidation [Docket No. 34, Filed 8/14/25];

    B. Disclosure Statement for Debtor's Plan of Liquidation [Docket No. 35, Filed 8/14/25]; and

    C. Order (I) Authorizing Schulte Roth & Zabel LLP to File Objection to Disclosure Statement Motion Under Seal and (II) Granting Related Relief [Docket No. 79, Entered 10/9/25].

    Status:  The hearing on this matter has been adjourned to December 16, 2025 at 9:30 a.m.

3.  Motion for Conversion of the Case From Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 41, Filed 8/22/25].

    Objection Deadline:    September 11, 2025 at 4:00 p.m. (ET)
    (Extended to December 9, 2025 at 4:00 p.m. for the Debtor)

    Objections/Responses:

    A. [SEALED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 61, Filed 9/11/25];

    B. [REDACTED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 62, Filed 9/11/25].

    Related Pleadings:

    A. Order (I) Authorizing Schulte Roth & Zabel LLP to File Objection to Disclosure Statement Motion Under Seal and (II) Granting Related Relief [Docket No. 79, Entered 10/9/25];

    B. Joinder of 26 Capital Holdings LLC to Motion of the United States Trustee for Conversion of the Case From Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 85, Filed 11/6/25].

    Status:  The hearing on this matter has been adjourned to December 16, 2025 at 9:30 a.m.

Dated: November 7, 2025                    CROSS & SIMON, LLC

                                           */s/ Kevin S. Mann*
                                           Christopher P. Simon (No. 3697)
                                           Kevin S. Mann (No. 4576)
                                           1105 North Market Street, Suite 901
                                           Wilmington, Delaware 19801
                                           Telephone: (302) 777-4200
                                           csimon@crosslaw.com
                                           kmann@crosslaw.com

                                           - and -

Richard C. Pedone, Esquire
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1000
rpedone@nixonpeabody.com

- and -

Christopher Fong, Esq.
NIXON PEABODY LLP
55 West 46th Street
New York, NY 10036-4120
Telephone: (212) 940-3000
cfong@nixonpeabody.com

*Counsel to the Debtor*