IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| 26 CAPITAL ACQUISITION CORP., | Case No. 23-11323 (KBO) |
| Debtor. | Re: Docket No. 81 |

**ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE PERIODS WITHIN WHICH THE DEBTOR MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon consideration of the motion (the "Motion")[1] of 26 Capital Acquisition Corp. (the "Debtor") seeking entry of an order (this "Order"), pursuant to section 1121(d) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-2, extending the Debtor's exclusive periods to file a chapter 11 plan or plans and to solicit acceptances of such plan(s); and upon consideration of all pleadings related thereto; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED as provided herein.

2. The Debtor's Exclusive Filing Period in this chapter 11 case shall be extended through and including February 9, 2026.

3. The Debtor's Exclusive Solicitation Period in this chapter 11 case shall be extended through and including April 8, 2026.

4. The entry of this Order shall be without prejudice to the rights of the Debtor and its estate to seek further extensions of the Exclusive Periods in this chapter 11 case or to seek other appropriate relief.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

Dated: November 10th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE