IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>26 Capital Acquisition Corp<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11323 (KBO)<br><br>Re: D.I. 91 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                                          ) SS
COUNTY OF NEW CASTLE  )

      Caylyn Green, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for the Debtor in the above-captioned case, and that on the 24th day of November, 2025, she caused copies of the *First Interim Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Period of July 11, 2025 through October 31, 2025* [D.I. 286] to be served upon the parties listed on the attached service list via first class mail:

_____
Caylyn Green

Sworn to and subscribed before me this 24th day of November, 2025.

Notary Public _____

My Commission Expires: July 2, 2028

## SERVICE LIST

Office of The United States Trustee
Attn: Linda J. Casey, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Abrams and Bayliss
20 Montchanin Road, Suite 200
Wilmington, DE 19807

AlixPartners
909 Third Avenue
New York, NY 10022

The State of Delaware
Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901

Equiniti
28 Liberty Street, 53rd Floor
New York, NY 10005

Hotel Du Pont
42 West 11th Street
Wilmington, DE 19801

KPMG
345 Park Avenue
New York, NY 10154

McCollom D'Emilio Smith Uebler LLC
2751 Centerville Road, Suite 401
Wilmington, DE 19808

5W Public Relations LLC
3 Park Avenue, Floor 19
New York, NY 10016

Adigeo Consulting, LLC
c/o Sean J. Bellew
Bellew LLC
2961 Centerville Road, Suite 302
Wilmington, DE 19808

Consortra Translations
100 Park Avenue, 16th Floor
New York, NY 10017

Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105

Gorriceta Law
15/F Strata 2000
F. Ortigas Jr. Road
Ortigas Center
Pasig City 1605
Philippines

ICR, LLC
685 Third Avenue, 2nd Floor
New York, NY 10017

Matthew Katzeff
c/o Jonathan Vuotto
McAndrew Vuotto LLC
13 Mt. Kemble Avenue
Morristown, NJ 07960

Parcels
230 N. Market Street
Wilmington, DE 19801

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

SpringOwl Asset Management LLC
701 Brickell Avenue
Suite 1550
Miami, FL 33132

Gregory A. Blue, Esq.
LACTMAN COHEN & BELOWICH LLP
1133 Westchester Ave.
Suite N-200
White Plains, NY 10604

David R. Hurst, Esq.
MCDERMOTT WILL & SCHULTE LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801

Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

Scott D. Cousins, Esq.
Sean M. Brennecke, Esq.
LEWIS BRISBOIS BISGAARD
 & SMITH LLP
500 Delaware Ave., Suite 700
Wilmington, DE 19801

Harry S. Davis, Esq.
Julia Beskin, Esq.
Daryoush Behbood, Esq.
Reuben E. Dizengoff, Esq.
MCDERMOTT WILL & SCHULTE LLP
919 Third Avenue
New York, New York 10022