IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>26 CAPITAL ACQUISITION CORP.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11323 (KBO)<br><br>Re: D.I. 41 |

**DEBTOR'S STATEMENT OF NO OBJECTION WITH RESPECT TO MOTION OF THE UNITED STATES TRUSTEE FOR CONVERSION OF THE CASE FROM CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT** on August 22, 2025, the U.S. Trustee filed the *Motion of the United States Trustee for Conversion of the Case from Chapter 11 to Chapter 7 of the Bankruptcy Code* [D.I. 41] (the "Motion to Convert").

**PLEASE TAKE FURTHER NOTICE THAT** 26 Capital Acquisition Corp. (the "Debtor") has elected not to object to the relief sought in the Motion to Convert. The Debtor is not in agreement with the factual allegations in the Motion to Convert and, with regard to those allegations, all rights are reserved.

Dated: December 11, 2025
Wilmington, Delaware

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

-and-

NIXON PEABODY LLP
Richard C. Pedone (pro hac vice)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-1000
rpedone@nixonpeabody.com

    -and-

Christopher J. Fong (pro hac vice)
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3000
cfong@nixonpeabody.com

*Counsel to the Debtor
and Debtor in Possession*