IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>26 Capital Acquisition Corp.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11323 (KBO) |

**AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2025 AT 9:30 A.M. (ET) BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 3 [HEARING CANCELLED]**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

RESOLVED MATTERS:

1. First Interim Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Period of July 11, 2025 through October 31, 2025 [Docket No. 91, Filed 11/24/2025].

    Objection Deadline:   December 9, 2025 at 4:00 p.m. (ET)

    Objections/Responses:  None.

    Related Pleadings:

    A. Certificate of No Objection Regarding First Interim Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Period of July 11, 2025 through October 31, 2025 [Docket No. 97, Filed 12/10/2025];

    B. Order Approving First Interim Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Delaware Counsel to the Debtor and Debtor-in-Possession for the Period of July 11, 2025 through October 31, 2025 [Docket No. 99, Entered 12/11/25].

    Status:  An order has been entered.  No hearing is necessary.

---

[1] **Amended items appear in bold.**

2. First Quarterly Fee Application of Nixon Peabody LLP, as Counsel for the Debtor, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From July 11, 2025 Through October 31, 2025 [Docket No. 93, Filed 11/25/25].

   Objection Deadline:   December 9, 2025 at 4:00 p.m. (ET)

   Objections/Responses:  None.

   Related Pleadings:

   A. Certificate of No Objection Regarding First Quarterly Fee Application of Nixon Peabody LLP, as Counsel for the Debtor, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From July 11, 2025 Through October 31, 2025 [Docket No. 98, Filed 12/10/2025];

   B. Order Approving First Quarterly Fee Application of Nixon Peabody LLP, as Counsel for the Debtor, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From July 11, 2025 Through October 31, 2025 [Docket No. 100, Entered 12/11/25].

   Status:  An order has been entered.  No hearing is necessary.

WITHDRAWN MATTERS:

3. Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Approving Solicitation Procedures, (III) Approving Form of Ballots and Notices in Connection Therewith, (IV) Establishing Plan Confirmation Schedule, and (V) Granting Related Relief [Docket No. 36, Filed 8/14/25].

   Objection Deadline:   September 11, 2025 at 4:00 p.m. (ET)
   (Extended to December 11, 2025 at 4:00 p.m. for the United States Trustee, 26, Capital Holdings LLC, Tiger Resorts Asia Ltd., Tiger Resort Leisure and Entertainment, Inc., UE Resorts Int., Inc., Project Tiger Merger Sub, Inc)

   Objections/Responses:

   A. [SEALED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 61, Filed 9/11/25];

    B. [REDACTED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 62, Filed 9/11/25];

    C. Matthew Katzeff Objection to Debtor's Disclosure Statement/Proposed Plan [Docket No. 72, Docketed 9/18/25]; and

    D. Objection of 26 Capital Holdings LLC to Approval of the Adequacy of Disclosures in the Debtor's Plan and Disclosure Statement [Docket No. 84, Filed 11/5/25].

Related Pleadings:

    A. Debtor's Plan of Liquidation [Docket No. 34, Filed 8/14/25];

    B. Disclosure Statement for Debtor's Plan of Liquidation [Docket No. 35, Filed 8/14/25];

    C. Order (I) Authorizing Schulte Roth & Zabel LLP to File Objection to Disclosure Statement Motion Under Seal and (II) Granting Related Relief [Docket No. 79, Entered 10/9/25];

    D. Notice of Withdrawal [Docket No. 105, Filed 12/12/25].

Status: This matter has been withdrawn.

UNCONTESTED MATTERS:

4. Motion for Conversion of the Case From Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 41, Filed 8/22/25].

    Objection Deadline: September 11, 2025 at 4:00 p.m. (ET)
    (Extended to December 12, 2025 at 12:00 p.m. for the Debtor)

    Objections/Responses: None.

Related Pleadings:

    A. [SEALED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 61, Filed 9/11/25];

    B. [REDACTED] Schulte Roth & Zabel LLP's (1) Objection to the Debtor's Disclosure Statement Motion and (2) Joinder to the United States Trustee's Conversion Motion [Docket No. 62, Filed 9/11/25];

C. Order (I) Authorizing Schulte Roth & Zabel LLP to File Objection to Disclosure Statement Motion Under Seal and (II) Granting Related Relief [Docket No. 79, Entered 10/9/25];

D. Joinder of 26 Capital Holdings LLC to Motion of the United States Trustee for Conversion of the Case From Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 85, Filed 11/6/25];

E. Debtor's Statement of No Objection With Respect to Motion of the United States Trustee for Conversion of the Case From Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 103, Filed 12/11/25];

F. **Certification of Counsel Regarding the Motion of the United States Trustee for Conversion of the Case from Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 107, Filed 12/12/2025]; and**

G. **Order Converting Case From Chapter 11 to Chapter 7 of the Bankruptcy Code and Granting Related Relief [Docket No. 108, Entered 12/12/2025].**

Status:  **An Order has been entered.**

Dated: December 12, 2025

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

- and -

Richard C. Pedone, Esquire
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1000
rpedone@nixonpeabody.com

- and -

Christopher Fong, Esq.
NIXON PEABODY LLP
55 West 46th Street
New York, NY 10036-4120
Telephone: (212) 940-3000
cfong@nixonpeabody.com

*Counsel to the Debtor*